**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LAMAAR ALEXANDER, | Case No. 2:16-cv-02125-APG-CWH |
| Plaintiff, | |
| v. | **ORDER REMANDING CASE** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

On September 8, 2016, plaintiff Lamaar Alexander filed a notice of removal in which he purports to remove his own state court case in which he is the plaintiff. ECF No. 1. However, only a defendant may remove an action from state court to federal court. *See* 28 U.S.C. § 1441(a) (stating "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending").

IT IS THEREFORE ORDERED that the case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

DATED this 14th day of September, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE